IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GEORGINA USHER,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: WDQ-05-0076 |
| | * | |
| | * | |
| **STATE OF MARYLAND, et. al.,** | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * *** * * * * * * * * * * * * * * * * *

### DEFENDANTS' MOTION TO SHORTEN TIME TO RESPOND

Defendants State of Maryland, et. al[1]., ("Defendants"), by their undersigned counsel, hereby submit this Motion to Shorten the Time for plaintiff to respond to its Supplemental Motion and Second Supplemental to Dismiss, or in the Alternative, Motion for Summary Judgment, for Failure to Comply with the Court's Order, in accordance with Federal Rules of Civil Procedure 37 and 41, and this Court's Order, dated October 28, 2005.

### MOTION

I.  **Facts**

On November 16, 2005, Defendants filed a Motion to Dismiss, or in the alternative, Motion for Summary Judgment for Failure to Provide Discovery, (Court Document No. 33) in accordance with the Court's Order.  On November 23, 2005 and November 28, 2005, Defendants filed Defendants' Supplemental Motion to Dismiss, (Court Document No. 35) and a Second Supplemental Motion to Dismiss, (Court Document No. 39), respectively.

---

[1]     Defendants include State of Maryland, Maryland Department of Transportation (MDOT), Maryland Aviation Administration (MAA), and individual Defendants Paul Wiedefeld, Suzette Moore and Jacqueline Schonowski.

According to the Local Rule 105.2(a), [unless] otherwise ordered by the Court, all memoranda in opposition to a motion shall be filed within fourteen days of the service of the motion and any reply memoranda within eleven days after service of the opposition memoranda. Accordingly, Plaintiff has until December 15, 2005 to respond to Defendants' motions. However, the Scheduling Order in this case has a deadline of December 2, 2005, and Defendants' Supplemental Motions merely includes additional discovery to which Plaintiff failed to respond.

Therefore, Defendants request that Plaintiff's response time be shorten to the response date of the original Motion, December 5, 2005.

## **CONCLUSION**

In light of the foregoing, Defendants request an Order granting their Motion to Shorten the Time to respond, and set the deadline for Plaintiff's response to December 05, 2005.

Respectfully submitted,

_____/ S /_____  _____
William C. Lindsey                          Louisa H. Goldstein
Federal ID. No. 27857                       Federal ID. No. 23918
Assistant Attorney General                  Assistant Attorney General
Office of the Attorney General              Office of the Attorney General
Maryland Aviation Administration            Maryland Aviation Administration
P.O. Box 8766                               P.O. Box 8766
BWI Airport, Maryland 21240-0766            BWI Airport, Maryland 21240-0766
Tel: (410) 859-7945                         Tel: (410) 859-7066
Fax: (410) 859-7502                         Fax: (410) 859-7502

Attorneys for Defendants State of Maryland, Maryland Department of Transportation, (MDOT), Maryland Aviation Administration, (MAA), Wiedefeld, Moore and Schonwoski.

Date: November 28, 2005